People of State of Illinois ex rel. Zada T. Templeton, et al., Appellants, v. Board of Education of Township High School District No. 201, Cook County.

Gen. No. 44,407.

opinion filed May 10, 1949; released for publication June 3, 1949. John Ligtenberg, for appellants; James C. Soper, for appellee; Richard F. McPartlin, Jr., of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.

People of State of Illinois ex rel. Zada T. Templeton, et al., Appellants, v. Board of Education of Township High School District No. 201, Cook County et al., Appellees.

Gen. No. 44,420.

opinion filed May 10, 1949; rehearing denied May 24, 1949; released for publication June 3, 1949. John Ligtenberg, for appellants; James C. Soper, for appellees; Richard F. McPartlin, Jr., of counsel. Opinion by JUSTICE SCANLAN. **Not to be published in full.**

## Otto DeMitchell and Virginia G. Halstead, Appellees, v. Walter C. Haas, Appellant.

**Gen. No. 10,344.**

opinion filed May 10, 1949; released for publication May 27, 1949. Gray, Thomas & Wallace, for appellant; Frank H. Masters, Jr., of counsel; Francis J. Loughran and Erwin W. Roemer, for appellees; Wayland B. Cedarquist, of counsel. Opinion by JUSTICE BRISTOW. **Not to be published in full.**